

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2022

No. 04-22-00153-CV

**IN RE ALAMO TRANSIT COMPANY; Alamo Garden, Inc.; Alamo Cement Company; Alamo Concrete Products Company; Fernando Mascorro; and Arnoldo Canales**

Original Proceeding[1]

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

On March 11, 2022, Relators filed a petition for writ of mandamus and a motion for temporary relief to stay all proceedings in the trial court pending final disposition of their petition for writ of mandamus.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and Real Party in Interest may file a response to the petition in this court by **April 1, 2022**. Any response must comply with Rule 52.4.

Relators' March 11, 2022 motion for temporary relief is granted. All trial court proceedings in Cause No. 21-08-40320-MCV, styled *Billy Brooks v. Alamo Transit Company; Alamo Garden, Inc.; Alamo Cement Company; Alamo Concrete Products Company; Fernando Mascorro; and Arnoldo Canales*, pending in the 293rd Judicial District Court, Maverick County, Texas, are stayed pending further order of this court.

Relators' petition for writ of mandamus remains pending before this court.

---

[1] This proceeding arises out of Cause No. 21-08-40320-MCV styled *Billy Brooks v. Alamo Transit Company; Alamo Garden, Inc.; Alamo Cement Company; Alamo Concrete Products Company; Fernando Mascorro; and Arnoldo Canales*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.

It is so **ORDERED** on this 22nd day of March, 2022.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ, Clerk of Court

